# Order

Michigan Supreme Court
Lansing, Michigan

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147276

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

WILLIE CARL HUNTER,
　　　　　Defendant-Appellant.

SC: 147276
COA: 308519
Macomb CC: 2011-000710-FC

_____/

On order of the Court, the application for leave to appeal the April 16, 2013 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Johnson* (Docket No. 145477) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013

s1021

Clerk